COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:              01-15-01053-CR

Style:                   Jonathan Sanchez

**v**. The State of Texas

Date motion filed:        May 26, 2016

Type of motion:          Motion to Extend Time for Filing Appellant's Brief

Party filing motion:      Appellant

Document to be filed:   Appellant's Brief

Is appeal accelerated?     No

If motion to extend time:

      Original due date:              March 14, 2016

      Number of previous extensions granted:      1       Current Due date:  May 9, 2016

      Date Requested:             June 26, 2016

Ordered that motion is:

     ☑     **Granted**

          If document is to be filed, document due:  **June 27, 2016**

         ☑     **The Court will not grant additional motions to extend time.**

     ☐     Denied

     ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

Appellant's brief initially was due on March 14, 2016. After the Clerk of this Court notified him that the time to file a brief had expired, appellant filed a motion for an extension of time. The Court granted the motion and extended the time to file appellant's brief to May 9, 2016. On May 17, 2016, the Clerk of this Court notified appellant that he had not filed his brief or a motion for extension of time and the time to file the brief had expired. Appellant responded by filing a second motion for extension of time, requesting an extension to June 26, 2016. **The motion is granted. Appellant's brief is due to be filed no later than JUNE 27, 2016. No further extensions will be granted.**

Judge's signature:   /s/ Terry Jennings

                 ☑ Acting individually     ☐ Acting for the Court

Date: June 2, 2016